UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
PATRICIA CASTILLO,

                Plaintiff,                               JUDGMENT
                                                                      22-CV-5476 (AMD) (PK)

                -against-

HOLLIS DELICATESSEN CORP. AND HOLLIS
DELI & GRILL CORP. (DBA HOLLIS DELI),

                Defendants.
-------------------------------------------------------------- X

       An Order of the Honorable Ann M. Donnelly, United States District Judge having been filed on September 6, 2024, adopting the Report and Recommendation of Magistrate Peggy Kuo, dated August 22, 2024, granting in part and denying in part the plaintiff's motion for default judgment; awarding plaintiff (1) $18,720.00 for unpaid minimum wages; (2) $42,745.00 for unpaid overtime wages; (3) $5,000.00 for failure to provide a wage notice; (4) $5,000.00 for failure to provide wage statements; (5) $61,465.00 in liquidated damages; (6) $5,897.50 in attorneys' fees; and (7) $641.00 in costs; awarding prejudgment interest at a daily rate of $15.15 for the plaintiff's minimum wage and overtime wage claims from September 8, 2019 until the date of judgment, and post-judgment interest will accrue thereafter until payment of the judgment amount, with a fifteen-percent penalty if damages under the NYLL are not paid within ninety days of judgment or the expiration of time to appeal; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $27,739.65; it is

       ORDERED AND ADJUDGED that the plaintiff's motion for default judgment is granted in part and denied in part; that plaintiff is awarded a total amount of $ 167,208.15; and that post-judgment interest will accrue thereafter until payment of the judgment amount, with a fifteen-

percent penalty if damages under the NYLL are not paid within ninety days of judgment or the expiration of time to appeal.

| | |
|---|---|
| Dated: Brooklyn, NY<br>      September 12, 2024 | Brenna B. Mahoney<br>Clerk of Court<br><br>By: /s/*Jalitza Poveda*<br>      Deputy Clerk |